IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNELL KING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3061 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANNE HILGERT, MEL SOYH and | ) | ORDER AND JUDGMENT |
| TEK INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the memorandum opinion entered this date,

IT IS ORDERED:

1) Tek's Motion to Dismiss (Filing No. 40) is granted and judgment is entered in favor of defendants and against plaintiff.

2) King's claims against Tek, Hilgert, and Soyh under 42 U.S.C. § 1981 and 42 U.S.C. § 1983 are dismissed with prejudice.  Any remaining state law claims are dismissed without prejudice.

3) King's Motion for Court Order (Filing No. 43) is denied as moot.

**Plaintiff is hereby notified that the filing of a notice of appeal will make him liable for payment of the full $505.00 appellate filing fee regardless of the outcome of the appeal**.  This is because the Prison Litigation Reform Act

requires an incarcerated civil appellant to pay the full amount of the $505.00 appellate filing fee by making monthly payments to the court, even if he or she is proceeding in forma pauperis. 28 U.S.C. § 1915(b). By filing a notice of appeal, plaintiff will be consenting to the deduction of the $505.00 filing fee from his prison account by prison officials.

DATED this 11th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.